### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LAWRENCE CRIFT, JR.                                                            PLAINTIFF

v.                                        No. 5:11CV00136 JLH

JASON WILLIAMS, Individually and in his
Official Capacity as Police Officer for the
City of McGehee; JOEY MOORE, Individually
and in his Official Capacity as Police Officer
for the City of McGehee; and WADE CANTRELL,
Individually and in his Official Capacity as
Sheriff of Desha County                                                        DEFENDANTS

### ORDER

The plaintiff has not served Wade Cantrell and has stated that he does not intend to serve him.

The plaintiff's claims against Wade Cantrell are therefore dismissed without prejudice.

IT IS SO ORDERED this 27th day of April, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE