**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LAWRENCE CRIFT, JR.                                                                                          PLAINTIFF

v.                                         No. 5:11CV00136 JLH

JASON WILLIAMS, Individually and in his
Official Capacity as Police Officer for the
City of McGehee; JOEY MOORE, Individually
and in his Official Capacity as Police Officer
for the City of McGehee; and WADE CANTRELL,
Individually and in his Official Capacity as
Sheriff of Desha County                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, all of the plaintiff's claims against Jason Williams and Joey Moore, with the exception of the claim of malicious prosecution, are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the malicious prosecution claim. Therefore, that claim is dismissed without prejudice.

IT IS SO ORDERED this 27th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE